UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

WILLIAM GOMEZ

Plaintiff,                                                                    Case No. 1:15-cv-09281

Hon. Harry D. Leinenweber

v.

3811 Southport LLC, et al,
Defendant.

**STIPULATION TO DISMISS**

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that all claims asserted in the above captioned case shall be dismissed with prejudice and on the merits, and the parties respectfully request that this Court enter an Order dismissing the action with prejudice and without fees.

ACCESSIBILITY LAW GROUP
Attorney John L. Steele
500 Michigan Avenue, Suite 600
Chicago, IL 60611
312-396-4154
jsteele@accessibilitylawgroup.com

*Attorney for Plaintiff*

1